# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
July 31, 2015

Lyle W. Cayce
Clerk

No. 14-41396
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAFAEL S. RODRIGUEZ-SOTO, also known as Rafael Rodrigues-Soto, true name Rafael Soto-Vargas,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:12-CR-903

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

Rafael S. Rodriguez-Soto appeals the 37-month sentence imposed following his guilty plea conviction for being found unlawfully in the United States after prior removal, in violation of 8 U.S.C. § 1326. He contends that his within-guidelines sentence was both procedurally and substantively unreasonable.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41396

Rodriguez-Soto has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007). Accordingly, the appeal is DISMISSED.